Per Curiam.
 

 [¶ 1] T.N. appealed from a juvenile court order terminating her parental rights to I.N. The juvenile court found I.N. is deprived, the conditions and causes of the deprivation are likely to continue, and I.N. has suffered or will probably suffer serious physical, mental, or emotional harm. On appeal, T.N. argues there was not clear and convincing evidence to support a termination of her parental rights. We conclude the juvenile court's findings are supported by clear and convincing evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Jerod E. Tufte
 

 Daniel J. Crothers
 

 Lisa Fair McEvers
 

 Jon J. Jensen